# JANUARY TERM, 1970.

PEOPLE *v.* HERRERA.

This case is controlled by *People* v. *Cole* (1968), 382 Mich 695.

Appeal from Court of Appeals, Division 3, T. G. Kavanagh, P. J., and McGregor and Fitzgerald, JJ., affirming Saginaw, Fred J. Borchard, J. Submitted October 7, 1969. (Calendar No. 4 Docket No. 52,115.) Decided January 12, 1970.

12 Mich App 67, reversed.

Lupe Ruth Herrera was convicted of manslaughter. Defendant appealed to Court of Appeals. Affirmed. Defendant appeals. Reversed and remanded for a new trial.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *George E. Thick, II,* Prosecuting Attorney, and *H. Michael Dwan,* Assistant Prosecuting Attorney, for the people.

*Doozan, Scorsone & Trogan,* for defendant.

T. M. KAVANAGH, J. For the reasons given and authorities cited in *People* v. *Cole* (1969), 382 Mich 695, this cause is reversed and remanded for a new trial.

T. E. Brennan, C. J., and Kelly, and Adams, JJ., concurred with T. M. Kavanagh, J.

Dethmers and Black, JJ., concurred in result.

T. G. Kavanagh, J., did not sit in this case.